**Dated: August 20, 2013,  11:41 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-BK-10356-NLJ |
| SOUTHERN OAKS OF OKLAHOMA, LLC, | ) | Chapter 11 |
| Debtor-in-Possession | ) | Hon. Niles L. Jackson |

**ORDER APPROVING DISCLOSURE STATEMENT AND
FIXING TIME FOR MAILING, FILING ACCEPTANCES OR REJECTIONS OF
SECOND AMENDED PLAN, OBJECTIONS TO CONFIRMATION, COMBINED WITH
NOTICE THEREOF**

A Disclosure Statement [Doc #261] under Chapter 11 of the Bankruptcy Code having been filed by Debtor Southern Oaks of Oklahoma, LLC on May 15, 2013, (the "Disclosure Statement"), with respect to the Second Amended Plan [Doc #262] under Chapter 11 of the Code filed by the Debtor Southern Oaks of Oklahoma, LLC on May 15, 2013; it having been determined after hearing on notice that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. §1125:

The following is ORDERED:

IT IS ORDERED, and notice is hereby given, that:

  A.  The Disclosure Statement dated May 15, 2013 is approved.

  B.   August 26, 2013 is the last day for the Second Amended Plan, the Disclosure

Statement, this order, and a ballot substantially conforming to Official Form No. 14 to be mailed to the creditors, equity security holders, and other parties in interest, and transmitted to the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d). Requests for copies of the Disclosure Statement and Second Amended Plan shall be mailed to counsel for the Debtor: Ruston C. Welch, Welch Law Firm, P.C. 4101 Perimeter Center Drive, Suite 360, Oklahoma City, OK 73112-2309;

  C. September 23, 2013, is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

  D. September 23, 2013, is fixed as the last day for filing and serving, pursuant to Fed.R.Bankr.P. 3020(b)(1), written objections to confirmation of the Plan.

  E. October 2, 2013, at 9:30 a.m. is fixed for the hearing on confirmation of the Second Amended Plan. The hearing shall be held before the Honorable Niles Jackson in the 2nd floor courtroom, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102.

###

Approved for entry:

/s/ RUSTON C. WELCH
Ruston C. Welch, OBA# 13796
WELCH LAW FIRM, P.C.
4101 Perimeter Center Drive, Suite 360
Oklahoma City, Oklahoma 73112-2309
Telephone: (405) 236-5222
Facsimile: (405) 231-5222
rwelch@welchlawpc.com

*ATTORNEY FOR DEBTOR*
*SOUTHERN OAKS OF OKLAHOMA*